UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HANZHA DARBY, | : | |
| | : | Civil Action No. 13-2550 (SDW) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM ORDER |
| | : | |
| ROY HENDRICKS, et al., | : | |
| | : | |
| Defendants. | : | |

      THIS MATTER comes before the Court by application filed by Plaintiff, Hanzha Darby, to re-open his case. (ECF Nos. 3, 4.) It appears that:

      1. On April 18, 2013, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on May 16, 2013, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 2.)

      2. On June 7, 2013, Plaintiff submitted a request to re-open his case with another IFP application. However, the IFP application is deficient as Plaintiff has not provided his six-month prison account statement or a certification signed by an authorized prison official regarding Plaintiff's prison account statement. (ECF No. 4.)

      3. This Court observes that Plaintiff recently filed another Complaint against the same Defendant in this action, Warden Roy Hendricks, concerning the conditions of his confinement in *Darby v. Hendricks*, Civil No. 14-3416 (SDW). That action also was administratively

terminated because Plaintiff failed to submit a complete IFP application as required to proceed under 28 U.S.C. § 1915(a).

THEREFORE, IT IS ON THIS  11th day of June, 2014

ORDERED that Plaintiff's request to re-open this action is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

                                                *s/ Susan D. Wigenton*
                                                SUSAN D. WIGENTON
                                                United States District Judge